1  ANDREW C. GREEN, ESQ.
   Nevada Bar No. 9399
2  KOELLER NEBEKER CARLSON
     & HALUCK, LLP
3  400 S. 4th Street, Suite 600
   Las Vegas, NV 89101
4  Phone: (702) 853-5500
   Fax: (702) 853-5599
5  Attorneys for Defendants,
   AMERICAN STATES INSURANCE COMPANY and
6  SAFECO INSURANCE COMPANY OF INDIANA

7              UNITED STATES DISTRICT COURT

8                   DISTRICT OF NEVADA

9  MARCIA FREUD, an Individual,           )  CASE NO.: 2:16-cv-02623-JAD-VCF
                                          )
10                Plaintiff,              )
                                          )  **STIPULATION AND ORDER FOR**
11  vs.                                   )  **EXTENSION OF TIME FOR**
                                          )  **PLAINTIFF TO FILE ITS REPLY IN**
12  AMERICAN STATES INSURANCE             )  **SUPPORT OF MARCIA FREUD'S**
    COMPANY d/b/a SAFECO INSURANCE,       )  **MOTION TO REMAND AND MOTION**
13  an Indiana corporation; GUILLERMO     )  **FOR ATTORNEY'S FEES**
    URRUTIA, an individual; BEATRIS       )
14  URRUTIA, an individual; DOES I through X, )
    inclusive and ROE CORPORATIONS I      )
15  through X, inclusive,                 )  [ECF No. 22]
                                          )
16                Defendants.             )
                                          )

17

18         **COME NOW**, Plaintiff, MARCIA FREUD (hereinafter "Plaintiff"), by and throuth

19  her attorney, the law firm of BREEDEN & ASSOCIATES, PLLC, and Defendants,

20  AMERICAN STATES INSURANCE COMPANY (hereinafter "American States") and

21  SAFECO INSURANCE COMPANY OF INDIANA (hereinafter "Safeco") erroneously

22  named as AMERICAN STATES INSURANCE COMPANY d/b/a SAFECO, and hereby

23  agree to an extension of time for Plaintiff to file her Reply in support of her Motion to Remand

24  and Motion for Attorney's Fees (hereinafter "Motion") (Court Document #12). The

25  Stipulation is intended to be submitted in compliance with LR IA 6-1. The underlying Motion

26  was filed December 12, 2016, and Plaintiff's Reply in support of that Motion is understood to

27  originally be due on this date, January 3, 2017. This is the first request to extend the deadline

28  for Plaintiff to file a Reply in support of her Motion. Presently, no hearing has been scheduled

for Plaintiff's Motion. The parties stipulate to extend the time for Plaintiff to file her Reply in support of her motion to remand until January 16, 2017.

To the extent necessary, the parties stipulate good cause appears to be presented to permit the extension agreed-upon herein. In particular, the Stipulation is submitted on this date upon learning of a medical emergency for counsel for Plaintiff requiring counsel for Plaintiff to unexpectedly depart his office without ability to return until January 9, 2017, at the earliest.

Dated this 3rd day of January, 2017.                          Dated this 3rd day of January, 2017.

BREEDEN & ASSOCIATES, PLLC                          KOELLER NEBEKER CARLSON & HALUCK, LLP

By: _____                       By: _____
for ADAM J. BREEDEN, ESQ.                               ANDREW C. GREEN, ESQ.
Nevada Bar No. 8768                                            Nevada Bar No. 9399
1404 S. Jones Boulevard                                        400 S. 4th Street, Suite 600
Las Vegas, NV 89146                                            Las Vegas, NV 89101
Attorney for Plaintiff,                                            Attorneys for Defendants,
MARCIA FREUD                                                   AMERICAN STATES INSURANCE COMPANY and SAFECO INSURANCE COMPANY OF INDIANA

### ORDER

Good cause appearing, IT IS HEREBY ORDERED that the time for plaintiff to file any reply in support of her motion to remand and for attorney's fees [ECF No. 12] is **EXTENDED** to January 16, 2017.

DATED this __3rd__ day of January, 2017.

_____
Jennifer A. Dorsey
United States District Judge