# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\*\*\*

MARCIA FREUD,

        Plaintiff,

vs.

AMERICAN STATES INSURANCE COMPANY; *et.al.*,

        Defendants.

Case No. 2:16–cv–2623–JAD–VCF

**ORDER**

    Before the court are Defendants Beatris and Guillermo Urrutia's motion to enforce settlement (ECF No. 27) and Freud's response (ECF No. 29). Pursuant to *Callie v. Near*, the Urrutias' motion (ECF No. 27) is set for an evidentiary hearing. 829 F.2d 888, 890 (9th Cir. 1987)("Where material facts concerning the *existence* or *terms* of an agreement to settle are in dispute, the parties must be allowed an evidentiary hearing.")

    ACCORDINGLY, and for good cause shown,

    IT IS HEREBY ORDERED that a hearing on the above referenced motion is scheduled for 11:00 a.m. on February 28, 2017, in courtroom 3D.

    IT IS SO ORDERED.

    DATED this 22nd day of February, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE