# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

MARCIA FREUD,

        Plaintiff,

vs.

AMERICAN STATES INSURANCE COMPANY d/b/a SAFECO INSURANCE, *et al.*,

        Defendants.

2:16-cv-02623-JAD-VCF

**ORDER**

      Before the Court is Defendant(s) Urrutia's Motion to Enforce Settlement with Plaintiff Marcia Freud (ECF No. 27). The Court has been informed that Plaintiff and the Urrutia Defendants have reached a settlement.

      Accordingly,

      IT IS HEREBY ORDERED that the hearing on Defendant(s) Urrutia's Motion to Enforce Settlement with Plaintiff Marcia Freud (ECF No. 27) scheduled for 11:00 AM, February 28, 2017 is VACATED.

      Plaintiff and the Urrutia Defendants must file a proposed stipulation and order for dismissal on or before April 27, 2017.

      DATED this 27th day of February, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE