# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

MARCIA FREUD,

        Plaintiff,

vs.

AMERICAN STATES INSURANCE COMPANY d/b/a SAFECO INSURANCE, *et al.*,

        Defendants.

2:16-cv-02623-JAD-VCF

**MINUTE ORDER**

      Before the Court is Plaintiff Marcia Freud's Motion for Settlement Conference and Motion to Extend Discovery Pending Settlement Conference (ECF No. 33).

      IT IS HEREBY ORDERED that any opposition to Plaintiff Marcia Freud's Motion for Settlement Conference and Motion to Extend Discovery Pending Settlement Conference (ECF No. 33) must be filed on or before March 6, 2017.  Any reply in support of Plaintiff Marcia Freud's Motion for Settlement Conference and Motion to Extend Discovery Pending Settlement Conference (ECF No. 33) must be filed on or before March 13, 2017.

      DATED this 27th day of February, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE