**ADAM J. BREEDEN, ESQ.**
Nevada Bar No. 008768
**BREEDEN & ASSOCIATES, PLLC**
1404 S. Jones Blvd.
Las Vegas, NV 89146
Phone: 702.508.9250
Fax: 702.508.9365
Adam@Breedenandassociates.com
*Attorneys for Plaintiff Freud*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARCIA FREUD, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>AMERICAN STATES INSURANCE COMPANY d/b/a SAFECO INSURANCE, an Indiana corporation; GUILLERMO URRUTIA, an individual; BEATRIS URRUTIA, an individual; and DOES I through X, inclusive and ROE CORPORATIONS I through X, inclusive,<br><br>    Defendants. | CASE NO.   2:16-cv-02623-JAD-VCF<br><br>**STIPULATION AND ORDER TO DISMISS ALL CLAIMS WITH PREJUDICE**<br><br>ECF No. 33, 37, 42 |

IT IS HEREBY STIPULATED by and between the Parties through their undersigned counsel of record that;

First, the entire complaint and all claims against all Defendants, including but not limited to Guillermo Urrutia, Beatris Urrutia and American States Ins. Co. and Safeco Insurance Co. of Indiana are hereby dismissed with prejudice;

Second, Plaintiff and the Defendants shall bear their own fees and costs incurred in prosecuting and defending this matter; and

/ /

/ /

/ /

Third, that this stipulation resolves all claims against all parties and this matter should be **CLOSED**. There is no trial date to vacate.

DATED this 11th day of April, 2017.                DATED this 11th day of April, 2017.

**/s/ Adam J. Breeden**                              **/s/ Robert Eaton**

**ADAM J. BREEDEN, ESQ.**                            **ROBERT EATON, ESQ.**
Nevada Bar No. 008768                                Nevada Bar No. 009547
**BREEDEN & ASSOCIATES, PLLC**                       Geico Staff Counsel
1404 S. Jones Blvd.                                  901 N. Green Valley Pkwy, Suite 190
Las Vegas, NV 89146                                  Henderson, NV 89174
Phone: 702.508.9250                                  Phone:  (702) 233-9303
Fax: 702.508.9365                                    Fax:  (702) 233-9343
Adam@Breedenandassociates.com                        *Attorney for Urrutia Defendants*
*Attorneys for Plaintiff Freud*

DATED this 11th day of April, 2017.

**/s/ Andrew C. Green**

**ANDREW C. GREEN, ESQ.**
Nevada Bar No. 009399
KOELLER NEBEKER CARLSON HALUCK
400 South 4th Street, Suite 600
Las Vegas, NV 89101
Phone 702-853-5500
Fax 702-853-5599
Andrew.green@knchlaw.com
*Attorneys for American States Ins. Co. and*
*Safeco Ins. Co. of Indiana*

## ORDER

Based on the parties' stipulation [ECF No. 42] and good cause appearing, IT IS HEREBY ORDERED that this case is DISMISSED with prejudice, each party to bear its own fees and costs.  IT IS FURTHER ORDERED that all pending motions [ECF Nos. 33, 37] are **DENIED** as moot.

The Clerk of Court is directed to CLOSE THIS CASE.

_____
US District Judge Jennifer Dorsey
April 11, 2017